# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:18-CV-00042-GCM

| | |
|---|---|
| REBECCA DAWN SWEAT ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

THIS MATTER is before the Court on Plaintiff's Motion for Payment of Attorney's Fees (Doc. No. 30) under 28 U.S.C. § 2412, the Equal Access to Justice Act. Upon stipulation of the parties,

THE COURT HEREBY GRANTS THE MOTION (Doc. No. 30) and HEREBY ORDERS that Defendant will pay Plaintiff $3,000.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. With respect to Plaintiff's assignment of her right to payment of attorney's fees, and in accordance with *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the Commissioner will determine whether Plaintiff owes a debt to the United States. If a debt is owed, the debt will be satisfied first before payment is made. If no debt is owed, or if any funds remain after the debt was paid, payment will be made by check payable to Plaintiff's counsel, Christopher S. Stepp, and mailed to his office at 112 South Main Street, Hendersonville, North Carolina 28792, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

1

**SO ORDERED**.

Signed: September 3, 2019

Graham C. Mullen
United States District Judge